# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TODD BOTELHO,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:08-cv-00399-LRH-(RAM)

ORDER

    Petitioner has submitted a Motion for Reconsideration of Appointment of Counsel (#11). Nothing in the motion causes the Court to change from its denial of his Motion for Appointment of Counsel (#9).

    IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration of Appointment of Counsel (#11) is **DENIED**.

    DATED this 13th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE