# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TODD BOTELHO,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:08-CV-00399-LRH-(RAM)

**ORDER**

    Petitioner having submitted a Motion for Extension of Time (#13), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time (#13) is **GRANTED**. Petitioner shall have through December 13, 2008, to file an amended petition.

    DATED this 3rd day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE