# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TODD BOTELHO,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:08-CV-00399-LRH-(RAM)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#18), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#18) is **GRANTED**. Respondents shall have through April 9, 2009, to file and serve an answer or other response to the Amended Petition (#15).

    DATED this 2nd day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE