# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TODD BOTELHO,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:08-CV-00399-LRH-(RAM)

**ORDER**

    Petitioner having submitted a Motion for Extension of Time (#26), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time (#26) is **GRANTED**. Petitioner shall have through June 9, 2009, to file an opposition to Respondents' Motion to Dismiss (#20).

    DATED this 24th day of April, 2009.

                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE